Ramos, E.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 6/19/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
JAMES PERSAUD, KEVIN DIAZ, MICHAEL DIAZ
LUIS VIERA, ANTHONY BONTUYAN, MARIA
DELVALLE, and ROSA PEREZ

Case No. : 16-CV-05994

Plaintiffs,

**VOLUNTARY STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

-against-

D & H LADIES APPAREL LLC, AB & SONS GROUP,
LLC, ISAAC CHETRIT, and ISAK PEREZ

Defendants.
------------------------------------------------------------------x

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants, that the above-captioned action is hereby dismissed *without prejudice* pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       June 15, 2017

**JOSEPH & NORINSBERG, LLC**

By: _____
Chaya Gourarie, Esq.
225 Broadway, Suite 2700
New York, NY 10007
*Attorneys for Plaintiffs*

**THE ZISKIN LAW FIRM, LLP.**

By: _____
Suzanne Harmon Ziskin, Esq.
6268 Jericho Turnpike, Suite 12A
Commack, NY 11725
*Attorneys for Defendants*

SO ORDERED:

_____
Edgardo Ramos, U.S.D.J
Dated: 6/19/2017
New York, New York